IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NEAL WALKER,

  Appellant,

v.

SHERIFF MARK HUNTER,
COLUMBIA COUNTY
SHERIFF'S OFFICE, IN RE:
FORFEITURE OF $3293.00 U.S.
CURRENCY,

  Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2729

Opinion filed July 8, 2015.

An appeal from an order of the Circuit Court for Columbia County.
Mark E. Feagle, Judge.

John J. Joyce of Robinson, Kennon & Kendron, P.A., Lake City, for Appellant.

Joel F. Foreman of Foreman, McInnis & Associates, PA, Lake City, for Appellee.


PER CURIAM.

  Appellee's motion to dismiss is hereby granted and the appeal is DISMISSED. See Miami-Dade County v. Perez, 988 So. 2d 40, 42 (Fla. 3d DCA 2008).

THOMAS, MARSTILLER, and KELSEY, JJ., CONCUR.